DANIEL B. HEIDTKE, ESQ.
Nevada State Bar No. 12975
HAFTERLAW
911 N. Buffalo Dr., Suite 209
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MURNANE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br>,<br><br>Defendants. | Case No.:   2:13-CV-01088-MMD-PAL<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

PLEASE TAKE NOTICE that Daniel B. Heidtke, Esq., among counsel of record for Plaintiffs has dissociated from the firm Langford McLetchie LLC.  As a result, Mr. Daniel B. Heidtke, Esq. is no longer counsel of record for Plaintiffs.  It is requested that Mr. Daniel B. Heidtke, Esq. be removed from the electronic mailing list in this case.

///

///

///

///

///

///

///

///



911 N. Buffalo Dr., Suite 209
Las Vegas, Nevada 89128
(702) 716-8004 Telephone
(702) 685-4184 Facsimile

Dated this 15th day of April, 2014.

**HAFTERLAW**

By:    */s/ Daniel B. Heidtke, Esq.*
Daniel B. Heidtke, Esq.
Nevada State Bar No. 12975
911 N. Buffalo Dr., Suite 209
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184
*Attorney for Plaintiff*

IT IS SO ORDERED this 17th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge

NOTICE OF CHANGE OF ATTORNEY - 2