UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTORIA MURNANE, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                                    Defendants. | Case No. 2:13-cv-01088-MMD-PAL<br><br>ORDER<br><br>(Mot Remove Atty – Dkt. #85) |

Before the court is Plaintiffs' Motion to Remove Attorney from Service List and Declaration of Margaret A. McLetchie, Esq. in Support of the Removal (Dkt. #85). The motion requests that Attorney Laura Welzig no longer receive notice in this matter as she is no longer with the firm of Langford McLetchie LLC. The Plaintiffs are still represented by other attorneys with the firm of Langford McLetchie LLC. Accordingly,

**IT IS ORDERED** that:

1. Plaintiffs' Motion to Remove Ms. Welzig from the Service List (Dkt. #85) is **GRANTED.**
2. Counsel shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

DATED this 5th day of May, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1