Margaret A. McLetchie, Nevada Bar No. 10931
Robert L. Langford, Nevada Bar No. 3988
Alina M. Shell, Nevada Bar No. 11711
Matthew J. Rashbrook, Nevada Bar No. 12477
LANGFORD MCLETCHIE LLC
616 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 471-6565
Facsimile: (702)471-6540
Email: maggie@nvlitigation.com

Benson Lee, Esq., Nevada Bar No. 4313
2000 South Eastern Avenue
Las Vegas, Nevada 89104

*Attorneys for Plaintiffs*

Craig R. Anderson, Esq., Nevada Bar No. 6882
Tye S. Hanseen, Esq., Nevada Bar No. 10514
Christian Balducci, Esq., Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant LVMPD*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA MURNANE, an individual, and MELISSA DAVIS, an individual,<br>         Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER JOHN NORMAN (individually and in his official capacity),<br>         Defendants. | Case. No.: 2:13-cv-01088-MMD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR RESPONDING TO LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT**<br>         **(First Request)** |

COME NOW, Plaintiffs Victoria Murnane and Melissa Davis ("Plaintiffs") and Defendant Las Vegas Metropolitan Police Department ("Defendant"), by and through their

1

respective counsel, and HEREBY STIPULATE AND AGREE to allow Plaintiffs until July 9, 2015, to respond to the Las Vegas Metropolitan Police Department's Motion for Summary Judgment, filed June 8, 2015. (Doc. 105.)

This extension is not sought for any improper purpose of delay, but rather to afford Plaintiffs counsel time to adequately respond to the arguments presented in the Motion for Summary Judgment.

IT IS SO STIPULATED.

DATED this 25th of June, 2015.                    DATED this 25th of June, 2015.

/s/ Craig R. Anderson, Esq.                       /s/ Margaret A. McLetchie
Craig R. Anderson, Esq.                           Margaret A. McLetchie
Nevada Bar No. 6882                               Nevada Bar No. 10931
Tye S. Hanseen, Esq.                              Robert L. Langford, Esq.
Nevada Bar No. 10514                              Nevada Bar No. 3988
Christian Balducci, Esq.                          Alina M. Shell
Nevada Bar No. 12688                              Nevada Bar No. 11711
10001 Park Run Drive                              Matthew J. Rashbrook
Las Vegas, Nevada 89145                           Nevada Bar No. 12477
                                                  616 South Eighth Street
*Attorneys for Defendant*                         Las Vegas, NV 89101
*Las Vegas Metropolitan*
*Police Department*                               and

                                                  Benson Lee, Esq.
                                                  Nevada Bar No. 4313
                                                  2000 South Eastern Avenue
                                                  Las Vegas, Nevada 89104

                                                  *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: June 25. 2015

UNITED STATES ~~MAGISTRATE~~ JUDGE

2