Margaret A. McLetchie, Nevada Bar No. 10931
Matthew J. Rashbrook, Nevada Bar No. 12477
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
616 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Benson Lee, Esq., Nevada Bar No. 4313
BENSON LEE AND ASSOCIATES
2000 South Eastern Avenue
Las Vegas, Nevada 89104
Telephone: (702) 477-7030
Fax: (702) 477-0096
Email: bensonlee@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAINTIFF VICTORIA MURNANE, an individual, and PLAINTIFF MELISSA DAVIS, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS GILLESPIE (individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department); FORMER LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER JOHN NORMAN (individually),<br><br>　　　　　　Defendants. | Case. No.: 2:13-cv-01088-MMD-PAL<br><br>**PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

///

///

1

## PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

Plaintiffs, Victoria Murnane and Melissa Davis, by and through their attorneys of record, Margaret A. McLetchie, Alina M. Shell, and Matthew J. Rashbrook, of the law firm of McLetchie Shell LLC, as co-counsel with Benson Lee, Esq., of the law firm of Benson Lee and Associates, hereby request that Robert L. Langford, Esq. be removed from the list of counsel to be noticed. Mr. Langford is no longer with Langford McLetchie LLC.

DATED this 30th day of July, 2015.

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, Nevada Bar No. 10931
Matthew J. Rashbrook, Nevada Bar No. 12477
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
616 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Benson Lee, Esq., Nevada Bar No. 4313
BENSON LEE AND ASSOCIATES
2000 South Eastern Avenue
Las Vegas, Nevada 89104
Telephone: (702) 477-7030
Fax: (702) 477-0096
Email: bensonlee@aol.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED this 30th day
of July, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2015, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST addressed to:

| | |
|---|---|
| Craig Anderson, Esq. | canderson@maclaw.com |
| Tye Hanseen, Esq. | thanseen@maclaw.com |
| Christian Balducci, Esq. | cbalducci@maclaw.com |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

I hereby certify that on this 30th day of July, 2015, I did serve a true and correct copy of the above and foregoing PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST by electronic mail and United States First Class Mail, postage fully prepaid to the following:

John Norman                                        j8386n@gmail.com
5600 Green Ferry Ave.
Las Vegas, NV 89131
*Pro Se Defendant*

*/s/ Pharan Burchfield*
An Employee of MCLETCHIE SHELL LLC