UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA MURNANE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-01088-MMD-PAL<br><br>**ORDER**<br><br>(Mot Stay Briefing – Dkt. #154) |

Before the Court is Plaintiffs' Motion for Stay of Briefing (Dkt. #154), which requests a stay of the briefing schedule on Defendants' Motion for Summary Judgment (Dkt. #105) pending this Court's determination of Plaintiffs' Motion for Reconsideration (Dkt. #151) regarding their Motion to Compel (Dkt. #96).  *See* Minutes of Proceeding (Dkt. #137).  Plaintiffs did not seek emergency or expedited review and have since filed their Response (Dkt. #160) to the summary judgment motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Stay of Briefing (Dkt. #154) is **DENIED** as moot.

DATED this 7th day of August, 2015.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE