MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Benson Lee, Nevada Bar No. 4313
BENSON LEE AND ASSOCIATES
2000 S. Eastern Avenue
Las Vegas, Nevada 89104
Telephone: (702) 477-7030
Fax: (702) 477-0096
Email: bensonlee@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MURNANE, an individual, and MELISSA DAVIS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER JOHN NORMAN (individually and in his official capacity), <br><br> Defendants. | Case. No.: 2:13-cv-01088-MMD-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT LVMPD'S OPPOSITION TO PLAINTIFFS' MOTION TO ALTER OR AMEND ORDER** <br><br> **(First Request)** |

COME NOW Plaintiffs Victoria Murnane and Melissa Davis ("Plaintiffs") by and through their undersigned counsel, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorneys, Craig R. Andreson, Esq. and Tye S.

1

1  Hanseen, Esq. of the law firm Marquis Aurbach Coffing, and hereby agree and stipulate to
2  extend the time for Plaintiffs to file their Reply to LVMPD's Opposition to their Motion to
3  Alter or Amend Order, which is currently due on May 26, 2016, be extended to and including
4  **May 27, 2016**. This is the first request for an extension of time.

5        This Stipulation for an extension of time is not sought for any improper purpose or
6  other purpose of delay, but in the interest of effectively representing Plaintiffs' interests in
7  this matter. Plaintiffs will file their Reply as soon as possible, no later than May 27, 2016.
8  IT IS SO STIPULATED.

9  DATED this 26th day of May, 2016.    DATED this 26th day of May, 2016.

10 */s/ Alina M. Shell*    */s/ Tye S. Hanseen, Esq.*
11 MARGARET A. MCLETCHIE    CRAIG R. ANDERSON, ESQ.
   Nevada Bar No. 10931    Nevada Bar No. 6882
12 ALINA M. SHELL    TYE S. HANSEEN, ESQ.
   Nevada Bar No. 11711    Nevada Bar No. 10365
13 MCLETCHIE SHELL, LLC    MARQUIS AURBACH COFFING
14 701 E. Bridger Ave., Suite 520    10001 Park Run Drive
   Las Vegas, NV 89101    Las Vegas, Nevada 89145
15 (702) 728-5300    (702)382-0711
   maggie@nvlitigation.com    canderson@maclaw.com
16 alina@nvlitigation.com    thanseen@maclaw.com
17    and    *Attorneys for LVMPD*
   Benson Lee, Nevada Bar No. 4313
18 BENSON LEE AND ASSOCIATES
19 2000 S. Eastern Avenue
   Las Vegas, Nevada 89104
20 Telephone: (702) 477-7030
   Fax: (702) 477-0096
21 bensonlee@aol.com
22 *Attorneys for Plaintiffs*

23
   **IT IS SO ORDERED.**
24
25 DATED this 6th day of June, 2016, *nunc pro tunc*.
26
27 UNITED STATES DISTRICT COURT JUDGE
28

2